**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.  Case No: 8:16-cv-885-T-36AAS

**$17,100.00 in U.S. CURRENCY**,

    **Defendant.**
_____/

**ORDER**

    This matter comes before the Court on the United States' Motion for Status Conference in Lieu of Case Management Conference (Doc. 14). The United States filed a Complaint for Forfeiture in Rem against $17,100 in U.S. currency (the "Defendant Currency"), which was seized from Calvin Moore. (Doc. 1). Mr. Moore filed a claim and answer to the verified complaint, asserting an interest in the Defendant Currency. (Doc. 9). Mr. Moore currently is incarcerated and proceeding *pro se*. The United States requests that "instead of a case management conference and report, the Court hold a status conference to explain the civil forfeiture proceeding to [Mr.] Moore and to go over the issues typically addressed in a case management report." (Doc. 14, p. 2).

    This Court does not sit in an advisory capacity and, therefore, is not in the position to advise Mr. Moore regarding the civil forfeiture proceeding process. *See Martinez v. Court of Appeal of California, Fourth Appellate Dist.,* 528 U.S. 152, 162, 120 S. Ct. 684, 691, 145 L. Ed. 2d 597 (2000) (holding that the trial judge is under no duty to provide personal instruction on courtroom procedure or to perform any legal "chore"' that counsel would normally carry out).

    Although the deadline for filing the case management report has passed, the Court will

1

allow the parties additional time. Further, in an effort for the parties to most efficiently meet their case management conference obligations, the parties may have a telephonic case management conference, but must do so no later than Friday, August 19, 2016. If the parties cannot agree to case deadlines, they may provide separate case management reports to the Court for consideration. The Case Management Report(s) is due to be filed no later than Friday, September 2, 2016.

Accordingly and upon consideration, it is **ORDERED**:

1. United States' Motion for Status Conference in Lieu of Case Management Conference (Doc. 14) is **DENIED.**

2. The parties shall participate in a case management conference no later than **Friday, August 19, 2016.**

3. The Case Management Report(s) in this action is due to be filed no later than **Friday, September 2, 2016.**

**DONE AND ORDERED** in Tampa, Florida on this 22nd day of July, 2016.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2